UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Jeff Curry** | § | CASE NO. 14-06402 |
| **Sarah Curry** | § | HON. Scott W Dales |
| Debtor(s) | § | |
| | § | |

## NOTICE OF AND OPPORTUNITY TO OBJECT TO
## FIRST PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN

Please take notice that the Debtors have filed a **FIRST PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN** on **11/26/14**. All of the foregoing pleadings have been served on all interested parties on the date set forth below.

If you desire to object and have a hearing held by the court, you are required to file a written response setting forth your objections within 21 days after the date of service below. Written responses must be mailed to the United States Bankruptcy Court for the Western District of Michigan, 1 N. Division, Rm. 200 Grand Rapids, MI 49503 along with a copy sent to Jeffrey D. Mapes, 29 Pearl St. NW Ste. 305, Grand Rapids MI 49503, and Barbara Foley, Chapter 13 Trustee, 415 W. Michigan Ave., Kalamazoo MI 49007.

Respectfully Submitted,

Dated:  1/2/2015                         /s/ Jeffrey D. Mapes_____
                                        Jeffrey D. Mapes, Attorney for the Debtor
                                        29 Pearl St. NW, Ste. 305
                                        Grand Rapids, MI 49503
                                        Phone: (616) 719-3847
                                        Fax: (616) 719-3857